JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES L. HALE, JR., | ) | No. ED CV 09-00570-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. D. McDONALD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: November 8, 2010

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE